**WILSON** ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KEVIN A. BROWN, ESQ.
Nevada Bar No. 7621
E-mail: Kevin.Brown@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for PDM Steel Service Centers, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Buck Hara,<br><br>                    Plaintiff,<br><br>vs.<br><br>PDM Steel Service Centers, Inc., a foreign Delaware Corporation doing business in Nevada, Does 1-10; Black and White Companies; Partnerships A&B, inclusive,<br><br>                    Defendant. | Case No.: 3:25-cv-87<br><br>Order Granting<br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| | |
|---|---|
| **WILSON** ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Michael Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Kevin A. Brown, Esq.<br>Nevada Bar No. 7621<br>Attorneys for PDM Steel Service Centers, Inc. | THE LAW FIRM OF HERB SANTOS, JR.<br><br>/s/<br>Herb Santos, Jr., Esq.<br>Nevada Bar No. 4376<br>Attorneys for Buck Hara |
| DATED this 11th day of February, 2026 | It is so ordered.<br><br>_____<br>UNITED STATES DISTRICT JUDGE |

329618372v.1